## AIKEN *v.* AIKEN.

EVANS, P. J. The evidence being conflicting as to the cause of the separation—whether the wife voluntarily quit the husband, or was forced to leave him because of threats of personal violence,—the judge did not abuse his discretion in allowing alimony and counsel fees to the wife.     *Judgment affirmed. All the Justices concur.*

Submitted October 19,—Decided November 19, 1908.

Temporary alimony. Before Judge Mitchell. Brooks superior court. July 31, 1908.

*J. D. Wade Jr.,* for plaintiff in error. *Branch & Snow,* contra.